EL PUEBLO DE PUERTO RICO, Demandante y apelado, *v.* PEDRO TIRADO, Acusado y Apelante.*

No. 3612.—Resuelto en Febrero 13, 1929.

OPINIÓN CONCURRENTE EMITIDA POR EL JUEZ ASOCIADO SR. WOLF.

El derecho de un juez a fijar la pena en un caso no depende de que exprese sus razones para ello. En otras palabras, mi criterio es que la corte puede imponer una pena extrema sin justificar su actuación. Esto se hace más claro si se acude a mi opinión disidente en el caso de *El Pueblo* v. *Liceaga,* 36 D.P.R. 449. El Juez Asociado Sr. Aldrey está conforme con esta opinión.